CHAMBERS COPY

WILLIAM C. MORISON (No. 99981)
wcm@mhdplaw.com
MARC J. DEREWETZKY (No. 130944)
mjd@mhdplaw.com
PHILIP D. WITTE (No. 112217)
philip.witte@mhdplaw.com
MORISON HOLDEN DEREWETZKY &
    PROUGH, LLP
1550 Parkside Drive, Third Floor
Walnut Creek, CA  94596-8068
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 24 HOUR FITNESS USA, INC.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>　　　　Defendant. | Case No. 3:11-CV-02695-SC<br><br>STIPULATION OF PLAINTIFF 24 HOUR FITNESS USA, INC. AND DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA TO RESCHEDULE DATE OF CASE MANAGEMENT CONFERENCE |

　　　　Pursuant to Local Rule 16-2, plaintiff 24 Hour Fitness USA, Inc. ("24 Hour Fitness") and defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union") hereby stipulate:

　　　　1.　　The Case Management Conference in this action is set for September 23, 2011. National Union's trial counsel, William C. Morison and Marc J. Derewetzky of Morison Holden Derewetzky & Prough, LLP, are both scheduled to be in North Carolina for business-related matters on that day.

　　　　2.　　Pursuant to Local Rule 16-2(d)(2), National Union's counsel conferred with counsel for 24 Hour Fitness, Marion B. Adler of Rachlis Durham Duff Adler & Peel, LLC, by both telephone and email on August 18, 2011 about the request to reschedule the Case

Management Conference.

3. Ms. Adler advised Mr. Derewetzky that 24 Hour Fitness does not object to rescheduling the Case Management Conference, provided that the new date did not pose a scheduling conflict for her and provided that it does not result in undue delay in the case.

4. Mr. Derewetzky and Ms. Adler are both available on either September 16, 2011 or on Friday, October 14, 2011 for the Case Management Conference, and request that it be rescheduled to one of those dates. (Neither is available on Friday, September 30, 2011 nor on Friday, October 7, 2011.)

5. Neither party has previously requested a continuance of any proceeding in this action.

4. Pursuant to Local Rule 16-2(d)(3), the parties submit the following proposed revised case management schedule:

The Case Management Conference is scheduled for [either Friday, September 16, 2011 or Friday, October 14, 2011] at 10:00 a.m. before the Honorable Samuel Conti. Parties are to file one Joint Case Management Statement seven days before the conference.

It is so STIPULATED.

Dated: August 18, 2011    MORISON HOLDEN DEREWETZKY & PROUGH, LLP

By: /s/ Marc J. Derewetzky
Marc J. Derewetzky

Attorneys for Defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

Dated: August 18, 2011    RACHLIS DURHAM DUFF ADLER & PEEL, LLC

By: /s/ Marion B. Adler
Marion B. Adler (*pro hac vice*)

Attorneys for Plaintiff 24 HOUR FITNESS USA, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

_____
United States District Judge

148816

**Other Documents**

3:11-cv-02695-SC 24 Hour Fitness USA, Inc. v. National Union Fire Insurance Co. of Pittsburgh, PA
ADRMOP, E-Filing

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Derewetzky, Marc entered on 8/18/2011 4:26 PM and filed on 8/18/2011
**Case Name:**       24 Hour Fitness USA, Inc. v. National Union Fire Insurance Co. of Pittsburgh, PA
**Case Number:**     3:11-cv-02695-SC
**Filer:**           National Union Fire Insurance Co. of Pittsburgh, PA
**Document Number:** 14

**Docket Text:**
**STIPULATION** *of Plaintiff 24 Hour Fitness USA, Inc. and Defendant National Union Fire Insurance Company of Pittsburgh, PA to Reschedule Date of Case Management Conference* **by National Union Fire Insurance Co. of Pittsburgh, PA. (Derewetzky, Marc) (Filed on 8/18/2011)**

**3:11-cv-02695-SC Notice has been electronically mailed to:**

Marc J. Derewetzky    marc.derewetzky@mhdplaw.com, ashley.hendricks@mhdplaw.com, joel.eads@morisonansa.com, philip.witte@mhdplaw.com, records.request@mhdplaw.com, robert.gonsowski@mhdplaw.com, william.morison@mhdplaw.com

Marion B. Adler    madler@rddlaw.net

Philip David Witte    philip.witte@morisonansa.com, records@morisonansa.com

William Campbell Morison    william.morison@mhdplaw.com

William F. Campbell    bcampbell@chapop.com, dbrasher@chapop.com

**3:11-cv-02695-SC Please see <u>General Order 45 Section IX C.2 and D</u>; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\Stip to Continue Case Mgmt Conf.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/18/2011] [FileNumber=7758198-0]

[6624bd6e8fb369c743526101e78585f8d1201950d2514152f0e1b28fc7bf39c2eb147
0fc94612bd8e7b139ac9470eb6d9f95d3198a307856d2561dfc1c0a69c3]]